**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

THE UNITED STATES
DEPARTMENT OF JUSTICE, OFFICE OF
JUSTICE PROGRAMS, NATIONAL
INSTITUTE OF JUSTICE

Plaintiff,

v.

VALL ILIEV,

VALLMAR STUDIOS, LLC,

Defendants.

No.: 5:25-CV-2199

Chief Judge Lioi

RESPONSE TO SHOW CAUSE
ORDER

Plaintiff the United States Department of Justice, Office of Justice Programs, National Institute of Justice ("Plaintiff") respectfully responds to the Court's February 13, 2026, Show Cause Order (Doc. No. 8) and requests that the Court not dismiss this case for want of prosecution.

On October 15, 2025, Plaintiff filed its complaint in this action.  Doc. No. 1.  Pursuant to Local Rule 4.2, Plaintiff sought waiver of service from defendants Vallmar Studios, LLC, and Vall Iliev on October 15, 2025.  After the time to respond to the requested waivers had passed, pursuant to Rules 4.1 and 4.3(B) of the Ohio Rules of Civil Procedure, Plaintiff sought service via Certified Mail by the Clerk on November 19, 2025.  Doc. Nos. 4; 4-1; 4-2.  On November 26, 2025, the

1

Clerk docketed the Certified Mail receipt for Vallmar Studios, LLC, which indicated perfected service on November 22, 2025.  On December 4, 2025, the Clerk docketed the Certified Mail receipt for Vall Iliev, which indicated perfected service on November 25, 2025.  Both Defendants are outside of their time to file a response.  Fed. R. Civ. P. 12(a).

Local Rule 16.3(a)(2) provides that "plaintiff shall go forward and seek default judgment within ninety (90) days of perfection of service…, or show cause why the action should not be dismissed for want of prosecution."  Plaintiff understood this to mean that it had until February 20, 2026, to seek default judgment against Defendant Vallmar (90 days from November 22, 2025) and until February 23, 2026 (90 days from November 25, 2025) to seek default judgment against Defendant Iliev prior to a show cause order.

Simultaneously with this Response, Plaintiff is applying to the Clerk for an entry of default pursuant to Fed. R. Civ. P. 55(a).  Should the Clerk find that the application satisfies the requirements for entry of default, Plaintiff will promptly file its motion for default judgment and accompanying materials pursuant to Fed. R. Civ. P. 55(b)(2).  In light of the foregoing, Plaintiff respectfully requests that the Court not dismiss this action for want of prosecution.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

s/ *Hayley A. Dunn*
HAYLEY A. DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Hayley.A.Dunn@usdoj.gov
Telephone:     (202) 353-0527
Facsimile:     (202) 307-0345

Dated: February 19, 2026

3

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served this 19th day of February 2026, by mailing a

true and correct copy to Defendants at the below addresses:


Vall Iliev 67376-511
FCI Ashland
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105

Vallmar Studios, LLC
c/o Jason Kee
1541 E. Quail Run Dr.
Newark, OH 43055


                                        s/    *Hayley A. Dunn*
                                        HAYLEY A. DUNN
                                        Attorney for Plaintiff