**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. DEPARTMENT OF JUSTICE, | ) | CASE NO. 5:25-cv-02199 |
| OFFICE OF JUSTICE PROGRAMS, | ) | |
| NATIONAL INSTITUTE OF | ) | |
| JUSTICE, | ) | |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ENTRY OF DEFAULT |
| VALL ILIEV, ET AL, | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Based on a review of the Court's docket, Defendants Vall Iliev and Vallmar

Studios, LLC are in default.  Now, therefore, in accordance with Fed. R. Civ. P. 55(a),

default is hereby entered against the Defendants on the 23rd day of March 2026.

Dated: March 23, 2026        Christian M. Capece

Clerk of Court

Northern District of Ohio

By: s/ Donatella Beatrice, Deputy Clerk