**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS, NATIONAL INSTITUTE OF JUSTICE, | ) ) ) ) | CASE NO. 5:25-cv-2199 |
| | ) ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) ) | **JUDGMENT ENTRY** |
| | ) | |
| VALL ILIEV, VALLMAR STUDIOS, LLC, | ) ) | |
| | ) ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order (Doc. No. 13), judgment is hereby entered on all counts of the complaint in favor of United States Department of Justice, Office of Justice Programs, National Institute of Justice ("NIJ") and against Vall Iliev and Vallmar Studios, LLC (collectively "defendants"), jointly and severally, in the amount of **One Million Dollars ($1,000,000)**, as statutory damages for defendants' infringement of NIJ's trademark registered as Reg. No. 5,906,125 (the "NIJ mark").

Defendants, and all of defendants' successors, assigns, affiliates, agents, servants, employees and representatives, and all persons, firms, and corporations in active concert or participation with the defendants who receive actual notice of this Order, are hereby **PERMANENTLY ENJOINED AND RESTRAINED** from:

1. Advertising, selling, importing, exporting, or offering for sale any body armor bearing a false NIJ mark ("Infringing Goods");

2. Shipping, delivering, or distributing any Infringing Goods, except for the purpose of delivering to NIJ for destruction of Infringing Goods pursuant to this Order;

3. Imitating, copying, duplicating and otherwise making any use of the NIJ mark in connection with any goods or services;

4. Using any simulation, reproduction, or any unauthorized copy or colorable imitation of the NIJ mark in connection with the promotion, advertisement, display, sale, offering for sale, shipping, importing, exporting, delivery, distribution, transfer, returning, holding for sale, or other movement or marketing, of any product or service (including, but not limited to, ballistic resistant body armor);

5. Making any statement which can or is likely to lead the trade or public, or individual members thereof, to mistakenly believe that defendants are an authorized manufacturer of NIJ-certified products or are otherwise authorized by or affiliated with NIJ;

6. Enabling access to any website, including but not limited to any third-party e-commerce platform or social media website, featuring any goods bearing any simulation, reproduction, or any unauthorized copy or colorable imitation of the NIJ mark;

7. Causing likelihood of confusion or injury to NIJ's reputation and to the distinctiveness of the NIJ mark by unauthorized use of the mark;

8. Engaging in any other activity constituting infringement of the NIJ mark, or NIJ's rights in, or to use or exploit, the mark;

9. Importing into the United States any goods bearing any simulation, reproduction, or any unauthorized copy or colorable imitation of the NIJ mark;

10. Effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in this Order; and

11. Assisting, aiding or abetting another person or business entity in engaging or performing any of the activities enumerated in subparagraphs (1) through (10) above.

Within 30 days of being served with a copy of this Order, defendants must at their own cost deliver to NIJ all Infringing Goods for destruction pursuant to 15 U.S.C. § 1118.

**IT IS SO ORDERED**.

Dated: May 19, 2026

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

3